IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

'08 - CV - 01156-BNB

Civil Action No. _____

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

NATASHA ABRAM-SACKO,

    Plaintiff,

v.

SRG. BROWN,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 - 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner Complaint. She has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing required financial information

(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) __ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) _X_ is missing page nos. 1, 5 and 6.
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30th day of May, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 01156

Natasha Abram-Sacko
Prisoner No. 440186
425 S. Galena Way - 8#106
Denver, CO 80247

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint form** to the above-named individuals on 6/2/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk