IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01156-BNB

NATASHA ABRAM-SACKO,

    Plaintiff,

v.

SRG. BROWN,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, Natasha Abram-Sacko, is confined at the Denver County Jail. She initiated this action by submitting to the Court *pro se* a Prisoner Complaint. The Court reviewed the complaint and determined it was deficient. Therefore, in an order filed on June 2, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Abram-Sacko to cure certain deficiencies in the case within thirty days if she wished to pursue her claims.

The June 2, 2008, order pointed out that Ms. Abram-Sacko failed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that the Prisoner Complaint she submitted was missing pages one, five, and six. The order warned Ms. Abram-Sacko that if she failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Ms. Abram-Sacko has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court

in any way. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed and for failure to prosecute. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 11 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01156-BNB

Natasha Abram-Sacko
Prisoner No. 440186
425 S. Galena Way - 8#106
Denver, CO 80247

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/11/08

GREGORY C. LANGHAM, CLERK

By: *(signature)*
Deputy Clerk